UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBENSTEIN'S CONTRACT CARPET, LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY, a foreign insurer; and CONTINENTAL CASUALTY COMPANY, a foreign insurer<br><br>Defendants. | No. 2:16-cv-01075<br><br>DECLARATION OF RYAN J. HESSELGESSER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL |

I, Ryan J. Hesselgesser, declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief, the following is true and correct:

1. I am one of the attorneys representing defendants The Continental Insurance Company and Continental Casualty Company (collectively, "Defendants"), am over the age of 18 and competent to testify as to the matters set forth below.

2. As of the date of removal, Defendants have been served with a summons and complaint, and certificates of service have been issued from the Insurance Commissioner. A true and correct copy of the complaint is attached to the Notice of Removal in accordance with LCR

DECLARATION OF RYAN J. HESSELGESSER IN
SUPPORT OF DEFENDANTS' NOTICE OF
REMOVAL - 1

GORDON & POLSCER, L.L.C.
1000 Second Avenue, Suite 1400
Seattle, WA 98104
Telephone: (206) 223-4226

1  101(b).  Attached as **Exhibit A** are true and correct copies of the pleadings served upon
2  Defendants in the State Court action.
3       3.    As of the date of this removal, the pleadings have not been filed with the Superior
4  Court for King County, Washington.  A demand under CR 3(a) to pay the filing fee and file the
5  summons and complaint with the Superior Court of King County within 14 days was issued to
6  plaintiff on July 1, 2016.
7       I declare the foregoing is true and correct under penalty of perjury of the laws of the
8  United States of America.

10       Executed this 6th day of July, 2016 at Seattle, Washington.

*s/Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA #40720
Gordon & Polscer, L.L.C.
1000 Second Avenue, Suite 1400
Seattle, WA 98104
Telephone: (206) 223-4226
Facsimile:  (206) 223-5459
Email:  rhesselgesser@gordon-polscer.com

DECLARATION OF RYAN J. HESSELGESSER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL - 2

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1400
Seattle, WA 98104
Telephone:  (206) 223-4226

# CERTIFICATE OF SERVICE

I, Diana Brechtel, declare as follows:

1) I am a resident of the United States and a resident of the State of Washington. I am over the age of 18 years and not a party to the within entitled cause. I am employed by the law firm of Gordon & Polscer, L.L.C., whose address is 1000 Second Avenue, Suite 1400, Seattle, Washington 98104.

2) By the end of the business day on July 13, 2016, I caused to be served upon counsel of record at the addresses and in the manner described below, the following documents:

- **DECLARATION OF RYAN J. HESSELGESSER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**
- **Certificate of Service.**

**Attorneys for Plaintiff**

| | |
|---|---|
| Stephanie L. Grasia<br>Helsell Fetterman LLP<br>1001 Fourth Ave., Ste. 4200<br>Seattle, WA 98154-1154<br>sgrassia@helsell.com | ☐ U.S. Mail<br>☒ Hand Delivery<br>☐ Telefax<br>☒ E-mail |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 13th day of July, 2016.

*s/Diana Brechtel*
Diana Brechtel, Paralegal