UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBENSTEIN'S CONTRACT CARPET, LLC, a Washington Limited Liability Company,<br><br>    Plaintiff,<br> v.<br><br>THE CONTINENTAL INSURANCE COMPANY, a foreign insurer; and CONTINENTAL CASUALTY COMPANY, a foreign insurer<br><br>    Defendants. | No. 2:16-cv-01075<br><br>**THE CONTINENTAL INSURANCE COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Continental Insurance Company ("Continental Insurance") certifies that Continental Insurance is a Pennsylvania insurance company wholly owned by Continental Casualty Company. Continental Casualty Company is an Illinois insurance company wholly owned by The Continental Corporation. The Continental Corporation is a New York company wholly owned by CNA Financial Corporation. CNA Financial Corporation is a Delaware

THE CONTINENTAL INSURANCE COMPANY'S
RULE 7.1 CORPORATE DISCLOSURE
STATEMENT - 1

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1400
Seattle, WA 98104
Telephone: (206) 223-4226

1 corporation, and its stock is publicly traded. 90% of the stock of CNA Financial Corporation is
2 owned by Loews Corporation, which is publicly traded.

3
4 DATED this 13th day of July, 2016.

5
6 GORDON & POLSCER, L.L.C.

7 By: */s/ Stephanie Andersen*
By: */s/ Ryan Hesselgesser*
8    Stephanie Andersen, WSBA #22250
     Ryan Hesselgesser, WSBA #40720
9    1000 Second Avenue, Suite 1400
     Seattle, WA 98104
10   Telephone:  (206) 223-4226
     Facsimile:  (206) 223-5459
11   Email:  sandersen@gordon-polscer.com
     Email:  rhesselgesser@gordon-polscer.com
12
13 Attorneys for Defendants The Continental
   Insurance Company and Continental Casualty
14 Company

15
16
17
18
19
20
21
22
23
24
25
26

THE CONTINENTAL INSURANCE COMPANY'S
RULE 7.1 CORPORATE DISCLOSURE
STATEMENT - 2

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1400
Seattle, WA 98104
Telephone:  (206) 223-4226

# CERTIFICATE OF SERVICE

I, Diana Brechtel, declare as follows:

1) I am a resident of the United States and a resident of the State of Washington. I am over the age of 18 years and not a party to the within entitled cause. I am employed by the law firm of Gordon & Polscer, L.L.C., whose address is 1000 Second Avenue, Suite 1400, Seattle, Washington 98104.

2) By the end of the business day on July 13, 2016, I caused to be served upon counsel of record at the addresses and in the manner described below, the following documents:

- **THE CONTINENTAL INSURANCE COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
- **Certificate of Service.**

**Attorneys for Plaintiff**

| | |
|---|---|
| Stephanie L. Grasia<br>Helsell Fetterman LLP<br>1001 Fourth Ave., Ste. 4200<br>Seattle, WA 98154-1154<br>sgrassia@helsell.com | ☐ U.S. Mail<br>☒ Hand Delivery<br>☐ Telefax<br>☒ E-mail |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 13th day of July, 2016.

*s/Diana Brechtel*
Diana Brechtel, Paralegal