UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBENSTEIN'S CONTRACT CARPET, LLC, a Washington Limited Liability Company,<br><br>               Plaintiff,<br>    v.<br><br>THE CONTINENTAL INSURANCE COMPANY, a foreign insurer; and CONTINENTAL CASUALTY COMPANY, a foreign insurer<br><br>               Defendants. | No. 2:16-cv-01075<br><br>**CONTINENTAL CASUALTY COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Continental Casualty Company ("Continental Casualty") certifies that Continental Casualty is an Illinois insurance company wholly owned by The Continental Corporation. The Continental Corporation is a New York company wholly owned by CNA Financial Corporation. CNA Financial Corporation is a Delaware corporation, and its stock is publicly traded. 90% of the stock of CNA Financial Corporation is owned by Loews Corporation, which is publicly traded.

CONTINENTAL CASUALTY COMPANY'S RULE
7.1 CORPORATE DISCLOSURE STATEMENT - 1

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1400
Seattle, WA 98104
Telephone: (206) 223-4226

DATED this 13th day of July, 2016.

       GORDON & POLSCER, L.L.C.

       By: */s/ Stephanie Andersen*
       By: /s/ *Ryan Hesselgesser*
        Stephanie Andersen, WSBA #22250
        Ryan Hesselgesser, WSBA #40720
        1000 Second Avenue, Suite 1400
        Seattle, WA 98104
        Telephone:  (206) 223-4226
        Facsimile:   (206) 223-5459
        Email:  sandersen@gordon-polscer.com
        Email:  rhesselgesser@gordon-polscer.com

       Attorneys for Defendants The Continental Insurance Company and Continental Casualty Company

# CERTIFICATE OF SERVICE

I, Diana Brechtel, declare as follows:

1) I am a resident of the United States and a resident of the State of Washington. I am over the age of 18 years and not a party to the within entitled cause. I am employed by the law firm of Gordon & Polscer, L.L.C., whose address is 1000 Second Avenue, Suite 1400, Seattle, Washington 98104.

2) By the end of the business day on July 13, 2016, I caused to be served upon counsel of record at the addresses and in the manner described below, the following documents:

- **CONTINENTAL CASUALTY COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

- **Certificate of Service.**

**Attorneys for Plaintiff**

| | |
|---|---|
| Stephanie L. Grasia<br>Helsell Fetterman LLP<br>1001 Fourth Ave., Ste. 4200<br>Seattle, WA 98154-1154<br>sgrassia@helsell.com | ☐ U.S. Mail<br>☒ Hand Delivery<br>☐ Telefax<br>☒ E-mail |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 13th day of July, 2016.

*s/Diana Brechtel*
Diana Brechtel, Paralegal

CONTINENTAL CASUALTY COMPANY'S RULE
7.1 CORPORATE DISCLOSURE STATEMENT - 3

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1400
Seattle, WA 98104
(206) 223-4226